FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 1 2005

at 8 o'clock and 15 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SUSAN HARWELL, | CIVIL NO. 04-00311 JMS-LEK |
| Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

### ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding within sixty days of this order, upon good cause shown, if the settlement conditions have not been satisfied.

IT IS SO ORDERED.

DATED at Honolulu, Hawaii, November 18, 2005.

J. MICHAEL SEABRIGHT
UNITED STATES DISTRICT JUDGE