AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

——————————— DISTRICT OF HAWAII ———————————

SUSAN HARWELL,

    Plaintiff,

    V.

UNITED STATES OF AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case: CIVIL 04-00311JMS-LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

November 25, 2005

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

A *"Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims pursuant to 28 U.S.C. § 2677"* having been filed on November 22, 2005, and the Court having issued its *"Order of Dismissal"* on November 21, 2005, IT IS ORDERED AND ADJUDGED that the Action is Dismissed with Prejudice, as pursuant to the provisions set forth in the "ORDER OF DISMISSAL" filed on November 21, 2005.

cc:    All Counsel of Record

November 25, 2005
_____
Date

SUE BEITIA
_____
Clerk

_____
(By) Deputy Clerk